UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------ x

SYMPHONY INVESTMENT PARTNERS, INC.,

                      Plaintiff,

    -against-

KEECO, LLC, and RICHARD PLATT,

                      Defendants.

------------------------------------ x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: MAR 03 2021

ORDER

20 Civ. 9892 (GBD)

GEORGE B. DANIELS, District Judge:

    The initial conference scheduled to occur on March 9, 2021 at 9:30 a.m. is hereby cancelled.

Dated: March 3, 2021
       New York, New York

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE