

# PRYOR CASHMAN LLP

New York | Los Angeles | Miami

7 Times Square, New York, NY 10036-6569  Tel: 212-421-4100  Fax: 212-326-0806    www.pryorcashman.com

**Jamie M. Brickell**

Direct Tel: 212-326-0869
Direct Fax: 212-326-0806
JBrickell@PRYORCASHMAN.com

July 16, 2021

**SO ORDERED**

**The status conference is adjourned from July 20, 2021 to August 31, 2021 at 9:45 a.m.**

*George B. Daniel*
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE

JUL 19 2021

**VIA ECF FILING**

Hon. George B. Daniels
United States District Court Judge
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 11A
New York, NY 10007

Re:  *Symphony Investment Partners, Inc. v. Keeco, LLC and Richard Platt*, 20-cv-09892 (GBD)

Dear Judge Daniels:

We represent Plaintiff Symphony Investment Partners, Inc. ("Symphony" or "Plaintiff") in the above-referenced action. We write in connection with the presently scheduled July 20 Court conference.

To date, the parties have made substantial progress with regard to document productions, and expect to begin depositions on July 21. We also currently anticipate completing discovery within the scheduled August 17, 2021 deadline. Based on the foregoing, we hereby request, with the permission and approval of counsel for both Defendants, that the scheduled conference be adjourned until after the parties have completed discovery, specifically, between August 31, 2021 and September 3, 2021, when all counsel can be available.

Respectfully Submitted,

*s/ Jamie M. Brickell*

Jamie M. Brickell
Partner

cc: Michael Satti, Esq (by email)
    Stephen Brunner, Esq. (by email)