

# PRYOR CASHMAN LLP

New York | Los Angeles | Miami

7 Times Square, New York, NY 10036-6569   Tel: 212-421-4100   Fax: 212-326-0806        www.pryorcashman.com

**Jamie M. Brickell**

Direct Tel: 212-326-0869
Direct Fax: 212-326-0806
JBrickell@PRYORCASHMAN.com

August 27, 2021

**SO ORDERED**

The status conference is adjourned from
August 31, 2021 to September 28, 2021 at 9:45 a.m.

*Jeorge B. Daniel*
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE

AUG 30 2021

**VIA ECF FILING**

Hon. George B. Daniels
United States District Court Judge
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 11A
New York, NY 10007

Re:   *Symphony Investment Partners, Inc. v. Keeco, LLC and Richard Platt*, 20-cv-09892 (GBD)

Dear Judge Daniels:

We represent Plaintiff Symphony Investment Partners, Inc. ("Symphony" or "Plaintiff") in the above-referenced action. We write in connection with the presently scheduled August 31, 2021 Court conference.

We hereby request, with the permission and approval of counsel for both Defendants, that the scheduled conference be adjourned to a date after motions for summary judgment are filed. We also request that the date for submission of motions for summary judgment be adjourned one week, from September 14 to September 21, 2021, and that all subsequent dates in the current scheduling order, a copy of which is attached, including the dates for opposition and reply papers, the date for submission of the pre-trial order, the date for the final pretrial conference, and the anticipated date for trial, all be adjourned one week from their presently scheduled dates.

Respectfully Submitted,

*s/ Jamie M. Brickell*

Jamie M. Brickell
Partner

cc:  Michael Satti, Esq (by email)
     Stephen Brunner, Esq. (by email)

5753957 v1
28815.00001