UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------ x

SYMPHONY INVESTMENT PARTNERS, INC.,

                Plaintiff,

   -against-

KEECO, LLC, and RICHARD PLATT,

                Defendants.

------------------------------------ x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: OCT 13 2021

ORDER

20 Civ. 9892 (GBD)

GEORGE B. DANIELS, District Judge:

    The final pretrial conference scheduled for October 19, 2021 is cancelled. Oral argument on Defendant Richard Platt's Motion for Partial Summary Judgment, (ECF No. 41), and Defendant Keeco, LLC's Motion for Summary Judgment, (ECF No. 42), is set for November 16, 2021 at 10:30am.

Dated: October 13, 2021
       New York, New York

                                          SO ORDERED.

                                          *George B Daniels*
                                          GEORGE B. DANIELS
                                          UNITED STATES DISTRICT JUDGE