**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - -

SYMPHONY INVESTMENT PARTNERS, INC.,        :

                     Plaintiff,        :

     -against-        :

KEECO, LLC, and RICHARD PLATT,        :

                   Defendants.        :

                                                :

                                                  :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

                                      <u>ORDER</u>

                                20 Civ. 9892 (GBD)

GEORGE B. DANIELS, District Judge:

       Defendant Platt's request for an extension of time to file his Reply to Plaintiff's Opposition

to Defendant's Motion for Summary Judgment until November 2, 2021 is GRANTED.

Dated: October 25, 2021
       New York, New York

                                  SO ORDERED.

                                  _George B. Daniels_

                                  GEORGE B. DANIELS
                                  UNITED STATES DISTRICT JUDGE