```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/06/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SYMPHONY INVESTMENT PARTNERS, INC.<br><br>                                                      Plaintiff,<br><br>                        -against-<br><br>KEECO LLC, and RICHARD PLATT,<br><br>                                                      Defendants. | **ORDER SCHEDULING CASE MANAGEMENT CONFERENCE**<br><br>1:20-CV-9892 (GBD)(KHP) |

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

This case has been referred to me for general pretrial supervision purposes & settlement (Doc. No. 79).  A Case Management Conference in this matter will be held on **Thursday, November 10, 2022 at 11:30 a.m.** in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York.

SO ORDERED.

Dated:   October 6, 2022
            New York, New York

*Katharine H. Parker*

KATHARINE H. PARKER
United States Magistrate Judge