```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/10/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SYMPHONY INVESTMENT PARTNERS, INC.

                       Plaintiff,

-against-

KEECO LLC, and RICHARD PLATT,

                       Defendants.

**ORDER**

**1:20-CV-9892 (GBD)(KHP)**

---

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

As discussed at the November 10, 2022 Case Management Conference:

The parties shall file a joint letter by **Thursday, November 17, 2022** stating their position(s) on whether the Court should reopen discovery for the purpose of taking expert discovery, and if applicable, providing a proposed schedule for expert discovery.

A settlement conference is scheduled for **Monday, January 23, 2023 at 10:00 a.m.** in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York.  Parties must attend in-person with their counsel.  Corporate parties must send the person with decision making authority to settle the matter to the conference.  The parties are instructed to complete the Settlement Conference Summary Report and prepare pre-conference submissions in accordance with my Individual Rules of Practice.  Pre-conference submissions must be received by the Court no later than **January 16, 2023 by 5:00 p.m.**

SO ORDERED.

Dated:   November 10, 2022
             New York, New York

                                                          *Katharine H. Parker*
                                                   KATHARINE H. PARKER
                                                   United States Magistrate Judge