

**PRYOR CASHMAN LLP**

New York | Los Angeles | Miami

7 Times Square, New York, NY 10036-6569  Tel: 212-421-4100  Fax: 212-326-0806          www.pryorcashman.com

**Jamie M. Brickell**

Direct Tel: 212-326-0869
Direct Fax: 212-326-0806
JBrickell@PRYORCASHMAN.com

January 5, 2023

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #:_____
> DATE FILED:  01/06/2023

**MEMO ENDORSED**

**VIA ECF FILING**

Hon. Katharine H. Parker
United States Magistrate Judge
Southern District of New York
500 Pearl Street, Courtroom 17D
New York, New York 10007

> Re:    *Symphony Investment Partners, Inc. v. Keeco, LLC and Richard Platt*, 20-cv-09892 (GBD)

Dear Magistrate Judge Parker:

We represent Plaintiff Symphony Investment Partners, Inc. ("Plaintiff") in the above-referenced action.  We write jointly with counsel for defendants Keeco, LLC ("Keeco") and Richard Platt ("Platt") to address a scheduling issue.

In an order that your Honor recently entered in this matter, the parties were given until January 13, 2023 to complete expert discovery, and a settlement conference was scheduled for January 23, 2023.  We just learned that one of the defendant's attorney is going to trial on a matter next week, making it necessary to move the deposition of plaintiff's expert one week, until January 20, 2023.  (All parties agree to go forward with the expert deposition on that date.)  However, this will also make it necessary to briefly push back the January 23 conference.

In light of the foregoing, and in view of a number of February scheduling conflicts that each of the parties and their respective clients are attempting to negotiate around, the parties collectively and respectfully request that the settlement conference with your Honor be rescheduled to February 13 or 14, 2023.  The parties understand that they will be obligated to submit their pre-conference letter to the Court one week before the date selected.

Thank you in advance for your attention to these matters.


PRYOR CASHMAN LLP

Hon. Katharine H. Parker
January 5, 2023
Page 2

Respectfully Submitted,

*/s/ Jamie M. Brickell*

Jamie M. Brickell

cc:  Michael Satti, Esq (by email)
    Stephen Brunner, Esq. (by email)
    Stephanie Chery, Esq.

**APPLICATION GRANTED:**  **The  settlement conference scheduled for Monday, January 23, 2023 at 10:00 a.m. in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York is hereby rescheduled to <u>Monday, March 27, 2023 at 10:00 a.m.</u> Parties must attend in-person with their counsel. Corporate parties must send the person with decision making authority to settle the matter to the conference. The parties are instructed to complete the Settlement Conference Summary Report and prepare pre-conference submissions in accordance with my Individual Rules of Practice. Pre-conference submissions must be received by the Court no later than <u>March 20, 2023 by 5:00 p.m.</u>**

**APPLICATION GRANTED**

**Hon. Katharine H. Parker, U.S.M.J.**
**01/06/2023**