

**PRYOR CASHMAN LLP**

New York | Los Angeles | Miami

7 Times Square, New York, NY 10036-6569   Tel: 212-421-4100   Fax: 212-326-0806

www.pryorcashman.com

**Jamie M. Brickell**

Direct Tel: 212-326-0869
Direct Fax: 212-326-0806
JBrickell@PRYORCASHMAN.com

January 17, 2023

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 01/18/2023

**MEMO ENDORSED**

**VIA ECF FILING**

Hon. Katharine H. Parker
United States Magistrate Judge
Southern District of New York
500 Pearl Street, Courtroom 17D
New York, New York 10007

Re:   *Symphony Investment Partners, Inc. v. Keeco, LLC and Richard Platt*, 20-cv-09892 (GBD)

Dear Magistrate Judge Parker:

We represent Plaintiff Symphony Investment Partners, Inc. ("Plaintiff") in the above-referenced action. We write jointly with counsel for defendants Keeco, LLC ("Keeco") and Richard Platt ("Platt") to address a scheduling issue.

On January 6, 2023, in response to our request to reschedule our settlement conference, your Honor entered an order rescheduling the settlement conference in this matter from January 23, 2023 to March 27, 2023. Regrettably, the party representative who needs to attend the conference on behalf of Plaintiff cannot be in New York that day, or any day that week.

We have reached out to Defendants' counsel and have asked them to identify all days in April 2023 that they cannot be available for the conference. (My client and I are available any date in April.) We have been advised by Defendants' counsel that they can be available for a full day settlement conference any day in April 2023 except April 7, 10, 11, 12, 21 and 24, 2023.

In view of the foregoing, we respectfully request that the settlement conference with your Honor be rescheduled from March 27 to any date in April except April 7, 10, 11, 12, 21 and 24, 2023.



Hon. Katharine H. Parker
January 17, 2023
Page 2

Thank you in advance for your attention to these matters.

Respectfully Submitted,

/s/ *Jamie M. Brickell*

Jamie M. Brickell

cc:  Michael Satti, Esq (by email)
Stephen Brunner, Esq. (by email)
Stephanie Chery, Esq.

---

**APPLICATION GRANTED:** The settlement conference scheduled for Monday, March 27, 2023 at 10:00 a.m. in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York is hereby rescheduled to **Tuesday, April 4, 2023 at 10:00 a.m.** Parties must attend in-person with their counsel. Corporate parties must send the person with decision making authority to settle the matter to the conference. The parties are instructed to complete the Settlement Conference Summary Report and prepare pre-conference submissions in accordance with my Individual Rules of Practice. Pre-conference submissions must be received by the Court no later **than March 28, 2023 by 5:00 p.m.**

APPLICATION GRANTED

*[Signature: Katharine H. Parker]*

Hon. Katharine H. Parker, U.S.M.J.

01/18/2023