```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 04/18/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SYMPHONY INVESTMENT PARTNERS, INC.

                Plaintiff,

-against-

KEECO LLC, and RICHARD PLATT,

                Defendants.

**ORDER SCHEDULING SETTLEMENT CONFERENCE**

**1:20-CV-9892 (GBD)(KHP)**

---

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

A settlement conference in this matter utilizing **Microsoft Teams** is hereby scheduled for **Monday, May 1, 2023 at 3:00 p.m.** Counsel for the parties will be sent an invitation by Judge Parker's chambers prior to the scheduled conference date. Corporate parties must send the person with decision making authority to settle the matter to the conference. Updated pre-conference submissions must be received by the Court no later than **April 24, 2023 by 5:00 p.m.**

**SO ORDERED.**

Dated:   April 18, 2023
            New York, New York

*Katharine H Parker*

---
                                      KATHARINE H. PARKER
                                      United States Magistrate Judge