USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  5/22/2023

STEPHEN P. BRUNNER
ATTORNEY AT LAW
115 SANSOME STREET, SUITE 12
SAN FRANCISCO, CALIFORNIA 94
(415) 434-3700 *(phone)*
*aba@sonic.net*

May 19, 2023

*VIA ECF FILING*

Hon. Katharine H. Parker
United States Magistrate Judge
Southern District of New York
500 Pearl Street, Courtroom 17D
New York, New York 10007

> In light of the parties' representation that they have reached a resolution of this action, all deadlines in this action are stayed until **Monday, March 4, 2024**, to allow time for the settlement amount to be paid in full.  Assuming there are no issues with the payment of the settlement amount, the parties shall file a letter by **Tuesday, March 5, 2024** addressed to the Honorable George B. Daniels requesting that the case be dismissed in light of the resolution.
> **The Clerk of the Court is respectfully directed to terminate the motion at ECF 107 as withdrawn, and to terminate the motion at ECF 109 as resolved by this order.**
> **SO ORDERED:**
>
> *Katharine H. Parker*
> HON. KATHARINE H. PARKER
> UNITED STATES MAGISTRATE JUDGE  5/22/2023

Re:   Symphony Investment Partners, Inc. v. Keeco, LLC and Richard Platt,
        Case #:  1:20-cv-09892-GBD-KHP

Dear Magistrate Judge Parker:

This matter settled today between Symphony Investment Partners, Inc., and Keeco, LLC.  As a result, the matter is globally resolved.  The terms of the settlement are along the lines we discussed virtually on May 1.  Your Honor's assistance was very helpful in the parties getting to this point.

We are writing jointly because the settlement amount is agreed to be paid in installments on or before August 15, 2023, February 1, 2024 and March 1, 2024.  The full settlement amount is agreed to be paid on or before the latter date.

Counsel for the parties are discussing mechanisms to give plaintiff a simple and effective remedy if Keeco, LLC defaults on the payment terms.  One idea is to abate the matter until March 2, 2024, subject to the matter being formally dismissed with prejudice on or about that date.  Will the Court agree to such an abatement?

Does this Court have a usual or typical mechanism under our facts?

Keeco, LLC withdraws its Letter Motion to reopen discovery to take the deposition of Steven H. Tishman.

Respectfully Submitted,                              Respectfully Submitted,

*/s/ Jamie M. Brickell*                              */s/ Stephen P. Brunner*
Jamie M. Brickell                                    Stephen P. Brunner
Partner                                              Attorney for Defendant
Attorneys for Plaintiff                              Keeco, LLC
Symphony Investment Partners, Inc.